THE PEOPLE OF THE STATE OF NEW YORK ex rel. WESLEY GOLDING, Appellant, v. LEWIS E. LAWES, Warden of Sing Sing Prison, Ossining, New York, Respondent. — Motion for reargument granted and reargument ordered for Monday, November 5, 1934. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ. [See *ante*, p. 659.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY GONCHAR, Respondent, v. PETER J. McGARRY, Sheriff of Queens County. MICHAEL WACHTER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

ALBERT SCIORRA, Respondent, v. PHŒNIX FINANCE CORPORATION, Appellant, and Another, Defendant.— Motion for leave to appeal to the Appellate Division granted. Motion for stay granted. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

LESLIE SWIFT and JOHN H. SWIFT, Respondents, v. JOHN E. G. LAMOND, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ. [See *ante*, p. 711.]

FRANK WEISS, Appellant, v. THE PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

NORA CORVI and LOUIS CORVI, Appellants, v. F. W. WOOLWORTH COMPANY, Respondent.— Order reversed on the law, without costs, and the case restored to the Nassau county trial calendar. The plaintiffs had the right to lay the venue in Nassau county. No demand or motion was made by defendant for a change of venue. At the opening of the trial in Nassau county, the trial judge, notwithstanding defendant's consent that the trial be had in that county, ordered that the place of trial be changed to New York county. This the court was without power to do. Appeal from order denying motion for reargument dismissed. Lazansky, P. J., Young, Scudder and Tompkins, JJ., concur; Carswell, J., not voting.

## THIRD DEPARTMENT, SEPTEMBER, 1934.

In the Matter of ALVIN S. URY, an Attorney, Respondent.

PER CURIAM. Respondent was admitted to practice as an attorney and counselor at law of the State of New York, by this court, on the 16th day of May, 1912. He was convicted of the crime of grand larceny, first degree, in the Albany County Court on July 5, 1934. Pursuant to the provisions of section 88, subdivision 3, and of section 477, of the Judiciary Law, the respondent must be disbarred and his name stricken from the roll of attorneys. Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ., concur. Respondent disbarred.